Barry R. Fischer, Esq. (BF0274)
THE BARRY FISCHER LAW FIRM LLC
550 Fifth Avenue – 6th Fl
New York, New York 10036
Tel. 212-840-9300
Defendant *Pro Se*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| -v- | : | Case No.10-cv-7997 (TPG) |
| BARRY FISCHER LAW FIRM LLC, KESTEN DEVELOPMENT CORPORATION, TURIST-CAMBIO VIAGENS E TURISMO LTDA: RICHARD E.L. FOGERTY AND G. JAMES CLEAVER AS LIQUIDATORS OF TRADE AND COMMERCE BANK, AND THE FEDERATIVE REPUBLIC OF BRAZIL | : : : | **NOTICE OF MOTION TO DISMISS** |
| Defendants In Interpleader | : | |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that interpleader defendant *pro se*, The Barry Fischer Law Firm, LLC, will move this Court, before the Honorable Thomas P. Griesa, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the interpleader complaint filed by the United States of America as it relates to the Federative Republic of Brazil.

Dated: November 12, 2010
      New York, New York

                             Respectfully,

                             *s/ Barry R. Fischer*
                             Barry R. Fischer, Esq. (BF0274)
                             THE BARRY FISCHER LAW FIRM LLC
                             550 Fifth Avenue – 6th Fl
                             New York, New York 10036
                             Tel. 212-840-9300
                             Defendant *Pro Se*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of November 2010, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following counsel of record pursuant to Local Rule 5.2:

    Sharon Cohen Levin, Esq. (Sharon.Levin@usdoj.gov)
    U.S. Attorney's Office
    One St. Andrews Plaza
    New York, NY 10007

    William Thomas Reid, Esq. (wreid@reiddavis.com)
    Reid Davis LLP
    30 Wall Street, 9th Floor
    New York, NY 10005

    Chun T. Wright, Esq. (chun@ctwrightlaw.com)
    Law Office of Chun T. Wright, PLLC
    1425 K Street, NW, Suite 350
    Washington, DC 20005

                                              *s/ Barry R. Fischer*
                                              Barry R. Fischer, Esq. (BF0274)